# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**JOHN BARKHOU BARKHOU**                                          **PLAINTIFF**

**v.**            **CASE NO. 4:10CV02004 SWW**

**ERIC H. HOLDER, Attorney General,**
**United States Department of Justice, et al.**                   **DEFENDANTS**

### ORDER

Plaintiff filed a Petition to Amend Certificate of Naturalization. The Defendants filed a Notice of Non-Opposition.

**IT IS THEREFOR ORDERED** by the Court that:

1. The United States Citizenship and Immigration Services (USCIS) District Director issue a new Certificate of Naturalization reflecting the Plaintiff's date of birth as March 15, 1950, and that the Plaintiff's birth date be changed to March 15, 1950, on all related documents.

2. The Defendants will provide the USCIS with a copy of this Order.

**IT IS SO ORDERED THIS 3rd day of March, 2011.**

           /s/Susan Webber Wright
           **UNITED STATES DISTRICT JUDGE**